IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MICHAEL BUNCE,

      Appellant,

 v.

Case No. 5D22-95
LT Case No. 2021-CF-017943-AX

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed August 2, 2022

Appeal from the Circuit Court for
Brevard County,
Tesha Scolaro Ballou, Judge.

Matthew J. Metz, Public Defender, and Andrew
Mich, Assistant Public Defender, Daytona Beach,
for Appellant.

Michael Bunce, Cocoa, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Robin A. Compton, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., WALLIS and EISNAUGLE, JJ., concur.